No. 89–6861. JONES v. CITY OF HAMTRAMCK ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6862. SAKOVICH v. PANDYA. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 89–6863. BARNETT v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 89–6873. CASTRO v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–6879. BARBELLA v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 89–6884. BUSCH v. OWENS, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. Pa. Commw. Ct. Certiorari denied.

No. 89–6894. JUSTICE v. REDA ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6895. HOLSEY v. CAUFFMAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–6908. DAVIS v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–6936. BAKER v. NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–6940. BRYANT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89–6962. ZANZUCCHI v. WEINBERG ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–6975. PEOPLES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6977. AZURE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.